
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**DENNIS PETERSON,**

                Plaintiff,                14-CV-938S(Sr)

       v.                                 ORDER

**HOME DEPOT U.S.A., INC.,**             DESIGNATING MEDIATOR

                Defendant.

---

The parties having failed to select a mediator pursuant to the Case Management Order filed January 23, 2015 (Docket #13);

**IT IS HEREBY ORDERED** that PAUL D. PEARSON will serve as Mediator for this action.  The date by which to conduct the initial mediation session is extended to August 7, 2015.

**SO ORDERED**.


DATED:    Buffalo, New York
              June 10, 2015


                                            s/ H. Kenneth Schroeder, Jr.
                                             H. KENNETH SCHROEDER, JR.
                                             United States Magistrate Judge